**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| CITY OF ST. CLAIR SHORES POLICE AND FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, | Case No.: 2:25-cv-12383-DPH-CI |
| Plaintiff, | Hon. Denise Page Hood |
| vs. | Hon. Curtis Ivy, Jr. |
| LINEAGE, INC., ADAM FORSTE, KEVIN MARCHETTI, WALTER GREGORY LEHMKUHL, ROBERT CRISCI, ABIGAIL FLEMING, SHELLYE ARCHAMBEAU, JOHN CARRAFIELL, JOY FALOTICO, LUKE TAYLOR, MICHAEL JOHN TURNER, LYNN WENTWORTH, JAMES WYPER, BAY GROVE CAPITAL GROUP, LLC, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, BofA SECURITIES, INC., J.P. MORGAN SECURITIES LLC, and WELLS FARGO SECURITIES, LLC, | **CLASS ACTION** |
| Defendants. | |

*(caption continues on next page)*

**ORDER GRANTING THE PENSION FUNDS'**
**MOTION FOR CONSOLIDATION OF RELATED ACTIONS**

PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI and INDIANA PUBLIC RETIREMENT SYSTEM, on Behalf of Themselves and All Others Similarly Situated,

          Plaintiffs,

    vs.

LINEAGE, INC., ADAM FORSTE, KEVIN MARCHETTI, WALTER GREGORY LEHMKUHL, ROBERT CRISCI, ABIGAIL FLEMING, SHELLYE ARCHAMBEAU, JOHN CARRAFIELL, JOY FALOTICO, LUKE TAYLOR, MICHAEL JOHN TURNER, LYNN WENTWORTH, JAMES WYPER, BAY GROVE CAPITAL GROUP, LLC, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, BofA SECURITIES, INC., J.P. MORGAN SECURITIES LLC, and WELLS FARGO SECURITIES, LLC,

          Defendants.

Case No.: 2:25-cv-13544-DPH-CI

Hon. Denise Page Hood

Hon. Curtis Ivy, Jr.

**CLASS ACTION**

Having considered (a) the motion of the Public Employees' Retirement System of Mississippi and Indiana Public Retirement System (the "Pension Funds") for (i) for consolidation of the above-captioned related actions (the "Related Actions") pursuant to Rule 42 of the Federal Rules of Civil Procedure ("Rule 42"), it is hereby ORDERED that:

1.   The Motion is GRANTED;

2.   The Related Actions, and all securities class actions arising out of the same facts and claims on behalf of purchasers of Lineage, Inc. common stock subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

3.   Counsel in any related action that is consolidated with this action shall be bound by the organization of plaintiffs' counsel as set forth herein.

IT IS SO ORDERED.

s/Denise Page Hood

Dated:  January 29, 2026                United States District Judge

1