# INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit 1:** | Lineage, Inc., 7/24/24 Rule 424(b)(4) Final Prospectus |
| **Exhibit 2:** | Lineage, Inc., Roadshow Presentation |
| **Exhibit 3:** | Analyst Report, 5/8/24 Truist Securities report |
| **Exhibit 4:** | News Article, 7/26/24 *Wall Street Journal* article |
| **Exhibit 5:** | Analyst Report, 8/19/24 Deutsche Bank report |
| **Exhibit 6:** | Analyst Report, 8/19/24 Wells Fargo report |
| **Exhibit 7:** | Stock Price Chart, Yahoo! Investor, Lineage (LINE) 7/26/24-8/1/25 |
| **Exhibit 8:** | Stock Price Chart, Yahoo! Investor, Americold (COLD) 7/26/24-8/1/25 |
| **Exhibit 9:** | Lineage, Inc., Excerpts of 11/6/24 Form 8-K |
| **Exhibit 10:** | Americold Realty Trust, Inc., Excerpts of 11/7/24 Form 8-K, Exhibit 99.1 |
| **Exhibit 11:** | Lineage, Inc., Excerpts of 2/26/25 Form 8-K |
| **Exhibit 12:** | Americold Realty Trust, Inc., Excerpts of 2/20/25 Form 8-K, Exhibit 99.1 |
| **Exhibit 13:** | Lineage, Inc., Excerpts of 4/30/25 Form 8-K |
| **Exhibit 14:** | Americold Realty Trust, Inc., Excerpts of 5/8/25 Form 8-K, Exhibit 99.1 |
| **Exhibit 15:** | Lineage, Inc., Excerpts of 8/6/25 Form 8-K |
| **Exhibit 16:** | Americold Realty Trust, Inc., Excerpts of 8/7/25 Form 8-K, Exhibit 99.1 |
| **Exhibit 17:** | News Article, 1/14/25 *Wall Street Journal* article |
| **Exhibit 18:** | Analyst Report, 2/26/25 Wells Fargo report |
| **Exhibit 19:** | Analyst Report, 3/19/25 Wells Fargo report |
| **Exhibit 20:** | Analyst Report, 4/30/25 Deutsch Bank report |
| **Exhibit 21:** | Analyst Report, 4/30/25 J.P. Morgan report |

**Exhibit 22:** Analyst Report, 6/20/25 Deutsch Bank report

**Exhibit 23:** Analyst Report, 8/6/25 Truist Securities report

**Exhibit 24:** Analyst Report, 4/25/24 Wells Fargo report

**Exhibit 25:** Analyst Report, 5/9/24 Barclays report

**Exhibit 26:** Analyst Report, 8/19/24 Mizuho Securities report

**Exhibit 27:** Analyst Report, 8/19/24 J.P. Morgan report

**Exhibit 28:** Transcript, 11/6/24 Lineage, Inc. Third Quarter 2024 Earnings Call

**Exhibit 29:** Transcript, 2/26/2025 Lineage, Inc. Fourth Quarter & Full-Year 2024 Earnings Call

**Exhibit 30:** Transcript, 4/30/2025 Lineage, Inc. First Quarter 2025 Earnings Call

**Exhibit 31:** Lineage, Inc., 5/7/2025 Form 8-K

**Exhibit 32:** Lineage, Inc., 6/2/2025 Form 8-K

**Exhibit 33:** Transcript, 6/3/25 Lineage, Inc. Presentation at Nareit REITweek 2025 Investor Conference